IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH WALLACE | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 06-4236 |
| v. | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of April, 2010, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 31) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES, II       J.